

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file his brief is GRANTED. Appellee's brief is due on or before **January 3, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court